ORIGINAL

FILED
APR 3 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ALABAMA POWER COMPANY; GEORGIA POWER COMPANY; AND SOUTHERN NUCLEAR OPERATING COMPANY, INC.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 08-237 C

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, RCFC, Plaintiffs Alabama Power Company, Georgia Power Company, and Southern Nuclear Operating Company, Inc. identify any parent corporation and any publicly held corporation that owns 10% or more of their stock as follows:

The Southern Company is a publicly traded company that owns 100% of the stock of Alabama Power Company, Georgia Power Company, and Southern Nuclear Operating Company, Inc.

Dated: April 2, 2008

Respectfully submitted,

M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Tel.: 205-226-3417
Fax: 205-226-8798

*COUNSEL OF RECORD FOR PLAINTIFFS*

Of Counsel:

Ed R. Haden
Peter D. LeJeune
K.C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Tel.: (205) 251-8100
FAX: (205) 226-8798

Ronald A. Schechter
Jeffrey L. Handwerker
Matthew M. Shultz
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Tel.: (202) 942-5000
FAX: (202) 942-5999