ORIGINAL

FILED
APR 3 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ALABAMA POWER COMPANY; GEORGIA POWER COMPANY; AND SOUTHERN NUCLEAR OPERATING COMPANY, INC.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 08-237 C

**NOTICE OF DIRECTLY RELATED CASE**

Pursuant to Rule 40.2(a)(1), RCFC, counsel for Alabama Power Company, Georgia Power Company, and Southern Nuclear Operating Company, Inc. (collectively, the "Companies") states that this newly filed case is directly related to *Southern Nuclear Operating Co., et al. v. United States*, No. 98-614. This case and case No. 98-614 are directly related because the two cases involve the same parties, the same Standard Contracts for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (the "Standard Contracts"), and the same type of claim for partial breach of contract. *See* RCFC 40.2(a)(1) (A) and (B).

The United States by and through the Department of Energy ("DOE") entered into the Standard Contracts with the Companies under which the Companies paid substantial fees in exchange for DOE's promise to accept spent nuclear fuel ("SNF") beginning no later than January 31, 1998. DOE did not, and has not, begun to accept any SNF. This Court, through Senior Judge James F. Merow, entered final judgment in case No. 98-614 on July 9, 2007, for damages incurred by the Alabama Power Company and Georgia Power Company through December 31, 2004, and that case is currently on appeal to the United States Court of Appeals for the Federal Circuit.

In this case, the Companies seek damages for the Government's continued partial breach of the Standard Contracts after December 31, 2004, and ending at some point prior to trial, caused by DOE's continuing material partial breach of its obligation to dispose of SNF generated by the commercial nuclear plants owned and operated by the Companies. Assignment of this newly filed action to Judge Merow is likely to conserve judicial resources and promote the efficient determination of actions within the Court.

Respectfully submitted,

M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue South
Birmingham, AL 35203
Tel.: (205) 226-3417
Fax: (205) 226-8798

Ronald A. Schechter
Jeffrey L. Handwerker
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tel. (202) 942-5000
Fax: (202) 942-5999

Attorneys for Plaintiffs

OF COUNSEL:
Ed R. Haden
KC Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue South
Birmingham, AL 35203
Tel.: (205) 251-8100
Fax: (205) 226-8798

April 2, 2008