# In the United States Court of Federal Claims

No. 08-237 C
(Filed June 23, 2008)

ALABAMA POWER COMPANY, )
GEORGIA POWER COMPANY, )
and SOUTHERN NUCLEAR )
OPERATING COMPANY, INC. )
Plaintiffs, )
v. )
)
THE UNITED STATES, )
Defendant. )

## ORDER

On June 3, 2008, Defendant's Motion for an Enlargement of Time was filed. Defendant requests an enlargement to and including July 17, 2008, to respond to plaintiffs' complaint.

Accordingly, it is **ORDERED** that the defendant's motion filed June 3, 2008, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge